THE STATE OF OHIO, APPELLEE, *v.* HACKNEY, APPELLANT.

[Cite as *State v. Hackney* (1995), 73 Ohio St.3d 345.]

(No. 95–636—Submitted June 21, 1995—Decided August 23, 1995.)

*Donald W. White,* Clermont County Prosecuting Attorney, and *David Henry Hoffmann,* Assistant Prosecuting Attorney, for appellee.

*James R. Hackney, pro se.*

---

*Per Curiam.* We affirm the decision of the court of appeals for the reasons stated in its judgment entry.

*Judgment affirmed.*

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.